# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DCDC 342-72 |
| | ) | WBB |
| SIDNEY C. DAVIS | ) | |
| 7908 Veltri Drive | ) | |
| Fort Washington, Maryland 20744, | ) | |
| | ) | |
| Defendant | ) | |

## EXHIBIT A

## AFFIDAVIT OF SIDNEY C. DAVIS

I am seeking to expunge my criminal record because I want to participate in society fully with all the rights and benefits of citizenship and to serve my community without the stigma of being a parolee. I have committed myself to community service and self-betterment since before I was released from Lorton.

I would like to be able to go into various prisons to work with the inmates and the staff in implementing my ideas related to public safety and character development. I know, however, that prison rules regarding inmate contact with current parolees might well prevent me from doing so. I believe that my plan would be far more likely to be welcomed if I were not a parolee.

I would also like to have my teachers' license reinstated, so that I could return to substitute teaching in the D.C. Schools. Because of my parole status, I am presently unable to have my license reinstated.

In addition, I wish to serve on a jury in my community, but I have been unable to do so because of my parole status. although I have received jury notices, each time I have contacted the D.C. Superior Court, I have been told that I cannot serve because I am on parole.

With the capable and understanding assistance of many others, I have changed my life's orientation completely. I now actively work to support communities so that they can support and protect the vulnerable individuals within them. Attached to this Affidavit are letters from two former mayors and a councilman that recognize my contributions and commitment to the community. I have also attached numerous certificates that acknowledge other endeavors aimed at the same result: certificates for volunteering in community projects, and certificates for training and education that allows me to better do my work and serve my community. Also attached are a number of character references strongly supporting my qualifications and contributions to our community.

I have been employed consistently since my release from Lorton and am presently employed by the Metro Transit Authority as a bus operator. A certificate is attached pertaining to my completion of training as a bus operator. In addition, I have worked tirelessly to promote causes dedicated to non-violence and the improvement and support of my community.

Recently, I founded and am the CEO of a 501c(3) non-profit organization called Solutions VII, dedicated to the reduction of violence and the strengthening of families, particularly families impacted by incarceration or who have very low incomes. The program received a mini-grant from the District of Columbia Income Maintenance

Administration in 2002, and successfully completed its program work, primarily in

Potomac Gardens in Southeast D.C., one of the most impoverished and violent areas in

D.C.

I attach a letter from Ellen Wells of the D.C. Government dated April 23, 2004

referring to this accomplishment. I also attach a program concerning a Solutions VII

meeting at Howard University.

Currently, Solutions VII has expanded into Atlanta, Georgia. A Certificate is

attached referring to this step.

I believe that expungement of my record would improve my ability to live out my

commitment to public service and violence prevention. As a gesture of forgiveness, it

would also be very meaningful to me personally, to my own sense of self-respect and

personal stature.

I declare, under penalty of perjury, that the
foregoing is true and correct

_Sidney C. Davis_

Date: _10-26-05_

City of Washington :ss
District of Columbia

Subscribed and Sworn to before me This 26th day of October, 2005

_Notary Public_

My commission expires on September 30, 2006

## CERTIFICATE OF SERVICE

This is to certify that I have on this **25th** day of October, 2005, served a true and

correct copy of the foregoing Motion to Expunge Criminal Record and Memorandum in

Support thereof by hand delivery to:

      Kenneth L. Wainstein, Esq.
      United States Attorney for the
        District of Columbia
      555 4th Street, N.W.
      Washington, D.C.  20001

                        Bruce L. Montgomery



### COUNCIL OF THE DISTRICT OF COLUMBIA
#### WASHINGTON, D.C. 20004

September 2, 1997

Dr. Andrew Brimmer, Chairman
District of Columbia Financial Responsibility and
  Management Assistance Authority
One Thomas Circle, N.W.
Washington, D.C. 20005

Dear Dr. Brimmer:

I am write this letter to recommend Sidney Davis as a consultant to the Authority's Department of Corrections management team. My office has had a long relationship with Mr. Davis. His advice on prisoners education, counseling, and job training is invaluable. Copies of his resume and vision statement are enclosed.

Mr. Davis has a vision that places violence in the broader framework of public health issues. The District of Columbia must begin to address the problems of having such a large percentage of black males incarcerated, on probation, or on parole. The way to begin addressing these problems is to ensure that adequate education, counseling, and job training programs exist to reduce the potential for recidivism in the District's correctional system. Mr. Davis' expertise in this area would be a significant asset to the Authority as it addresses these issues.

Mr. Davis is a self-starter with strong leadership qualities and would make a positive contribution to the Department of Corrections management team. For these reasons I highly recommend you consider him for this position.

Thank you for your time. I ask that you please give this matter your most serious consideration. If you have any questions, please do not hesitate to call me on (202) 724-8058.

Sincerely,

Jack Evans
Councilmember, Ward 2

Enclosures



THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001

**MARION BARRY, JR.**
**MAYOR**

January 28, 1995

Mr. Sidney Davis
Task Force Co-Leader
Parole Board
1658 Fort Davis Street, S.E.
Washington, D.C.  20020

Dear Mr. Davis:

Please accept my sincere thanks for your significant contribution to the District of Columbia through your service in a leadership position on my transition team.  The long hours and hard work you unselfishly contributed are in the finest tradition of public service.

Because of the success of the transition I am even more convinced that, with volunteers like you who love the District and value its unique characteristics, together we can solve the many problems facing us and return the District of Columbia to fiscal health and vitality.

Again, thank you for all that you have done.

Sincerely,

Marion Barry, Jr.
Mayor



THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20004

SHARON PRATT KELLY
MAYOR

April 30, 1993

Mr. Sidney Davis
1658 Ft. Davis Street, S.E.
Washington, D.C.  20020

Dear Mr. Davis:

As Mayor of the District of Columbia, I am pleased to confirm that I have appointed you as a member of the Mayor's Citizen Advisory Panel on Public Safety and Justice for a term to end on April 1, 1995.

I appreciate your willingness to serve the District, and I am sure that you will find this assignment both challenging and rewarding.  The participation of citizens on boards and commissions is very important to my administration.  District of Columbia residents benefit greatly from the talent and dedication members bring to their work.

With my personal thanks and best wishes, I am

Sincerely yours,

Sharon Pratt Kelly



# The Government of the District of Columbia

To all who shall see these Presents, Greeting:

Sidney Davis

is hereby appointed as a member of the

Mayor's Citizen Advisory Panel on Public Safety/Justice

for a term to expire April 1, 1995.

In Testimony Whereof, I have caused the Seal of the District of Columbia to be hereunto affixed.

Done at the City of Washington, this 2nd day of April in the year one Thousand nine hundred and ninet--three.

Attest: _(signature)_

_(signature)_
Mayor

Government of the District of Columbia

★ ★ ★

# CERTIFICATE OF APPRECIATION

is presented to

*Sydney Davis*

in recognition of
significant and valuable service to the District of Columbia

Date: January 27, 1995

Mayor



# Communities In Schools Training Institute

## National Center for Partnership Development

Certifies that

# Sidney Davis

has successfully completed training in
Communities In Schools
"Team Building"
at the CIS Multi-Track Training
Doubletree Hotel Downtown – Detroit, Michigan
this 17th day of October, 1997

Continuing Education Units: .35



William E. Milliken
President
Communities In Schools, Inc.



COMMUNITIES
IN SCHOOLS
Helping kids to help themselves

# Communities In Schools Training Institute

## National Center for Partnership Development

Certifies that

# Sidney Davis

**has successfully completed training in
Communities In Schools
"Crime and Violence: How it Affects American Youth"
at the CIS Multi-Track Training
Doubletree Hotel Downtown - Detroit, Michigan
this 16th day of October, 1997**

**Continuing Education Units: .33**

*Bill Milliken*

William E. Milliken
President
Communities In Schools, Inc.



COMMUNITIES
IN SCHOOLS
*Helping kids to help themselves*

# Communities In Schools Training Institute

## National Center for Partnership Development

Certifies that

# Sidney Davis

has successfully completed training in
**Communities In Schools**
*"Introduction to Non-Profit Financial Management"*
at the CIS Multi-Track Training
Doubletree Hotel Downtown - Detroit, Michigan
this 15th day of October, 1997

Continuing Education Units: .33



*William E. Milliken*
*President*
*Communities In Schools, Inc.*



COMMUNITIES
IN SCHOOLS
*Helping kids to help themselves*



# Certificate of Recognition

## Presented to

### Sidney Davis

For Services Rendered at the "Effective Violence Prevention Strategies" Training of Trainers Seminars.

September 19, 1997

Randy Taylor

Shirley Allen

# CERTIFICATE OF COMPLETION

This certifies that

## Sidney C. Davis

has successfully completed the course

*Migrating to Windows 95*

and thereby has satisfied the requirements for receiving

0.7 - Continuing Education Units

March 26, 1997
_____
Date

Richard L. Maxey
_____
Instructor

Farshad Bayhan
_____
General Manager

New Horizons®
Computer Learning Centers

# CAMP CAN-DO

## CERTIFICATE OF APPRECIATION

This certificate is awarded to

# SIDNEY DAVIS

for outstanding community service through
CAMP CAN-DO

Friday, June 7, 1996

_Laura J. Howard_
Laura J. Howard, Director



GOD BLESS YOU ALL · CONGRADULATIONS

# Certificate of Achievement

Sidney C. Davis

for

Modern Real Estate Principles and Practices

October 12, 1995

Date



Signed

The President of the United States

Awards this Certificate of Appreciation

to

**SIDNEY DAVIS**

In Grateful Recognition of Service as a
Volunteer In Service To America
during VISTA's 15th Anniversary

Jimmy Carter



# Certificate of Achievement

## Sidney Davis

for

### CISNet Training Workshop

Date _____

May 11 - 12, 1995

Peter Bankson, Director
Government Relations and
Information Management
Cities in School, Inc.





FRED PRYOR SEMINARS

A DIVISION OF PRYOR RESOURCES, INC.

THIS IS TO CONFIRM THAT

Sidney C. Davis

COMPLETED THE SEMINAR ENTITLED

HOW TO MANAGE MULTIPLE PROJECTS,
MEET DEADLINES, AND ACHIEVE OBJECTIVES

0.6

CONTINUING EDUCATION UNITS

YOUR SIGNATURE VALIDATES THIS CERTIFICATE

date 5-17-95



# Certificate of Continuing Education

The undersigned participant is awarded .6 CEUs or 6 contact hours of Continuing Education according to the guidelines set forth by the National Task Force on Continuing Education for completion of the following program:

## Business Grammar & Usage for Professionals

_Signature of Seminar Participant_

Mark R. Truitt, Executive Director

_Date_ 4-28-95

Gary M. Truitt, Managing Director

Rockhurst College Continuing Education Center
NATIONAL SEMINARS GROUP

Printed in the U.S.A.
GPS



'92 Conference

NABSE

We do hereby certify the attendance of

Sidney C. Davis

at the Twenty Second Annual Conference of

THE NATIONAL ALLIANCE OF BLACK SCHOOL EDUCATORS

at the Westin Bonaventure Hotel, Los Angeles, California

Alfred L. Roberts, Sr., Ph.D.
President
National Alliance of Black School Educators

Charlie M. Knight, Ed.D.
al Conference Planning Committee



# Certificate of Completion

### This Certifies That

Sidney Davis

has satisfactorily completed the requirements for

House Health Party

And is hereby awarded this certificate
by

A.C.C.O.R.D

Organization

Washington, D.C.

City and State

on this ___ October ___ day of ___ 3rd ___ 19 94

A.C.C.O.R.D.
ARTHUR CARTER CONSOLIDATED
ORGANIZATION FOR THE
REDUCTION OF DISEASE

Tobacco Use Prevention and Intervention Program

College of Education

LEHIGH UNIVERSITY

Iacocca Institute

LEHIGH UNIVERSITY

Cities in Schools'

National Center for Partnership Development

in Partnership with Lehigh University's
College of Education and Iacocca Institute

certify that

Sidney Davis

2.7 CONTINUING EDUCATION UNITS

has successfully completed training in the principles of the Cities in Schools
Replication Process at the National Center for Partnership Development,
Lehigh University, Bethlehem, Pennsylvania,
this 11th day of March , 1993.



William E. Milliken
PRESIDENT
CITIES IN SCHOOLS, INC.

Peter Likins
PRESIDENT
LEHIGH UNIVERSITY

Alden J. Moe
DEAN
COLLEGE OF EDUCATION

Dr. Richard W. Barsness
EXECUTIVE DIRECTOR
IACOCCA INSTITUTE

# CERTIFICATE OF PARTICIPATION

## THIS CERTIFICATE IS HEREBY AWARDED TO

### S I D N E Y   D A V I S

FOR PARTICIPATION IN WORD PROCESSING AND

In appreciation of Devoted and Invaluable Services rendered

**TO**

THE LEEO VOCATIONAL PROGRAM

Mr. Rick Lloyd
Project Coordinator

May 16, 1991
**DATE**

Rev. Dr. Stanley R. King
Executive Director



# PROJECT S·A·F·E·

*This is to certify that*

## Mr. Sidney Davis

*has been a voluntary participant in the Project S.A.F.E. Outreach Program of Second Genesis, Inc.; and has received at least three hours of AIDS prevention education and counseling. Thank you for your participation.*

_____
Outreach Counselor

_____
Project S.A.F.E. Coordinator

April 7, 1990
Date

# THE GEORGETOWN UNIVERSITY LAW CENTER



presents this certificate to

*Sidney C. Davis*

for successful completion of the prescribed course in

## ADVANCED STREET LAW

sponsored by the D.C. Street Law Project

Judith Zimmet, Program Director

Ann Kirchgesser, Clinical Fellow

Date

CHARACTER REFERENCES

Primary References:

       Leon M. West, Director
       National AntiDrug, Violence and Hate Crime Program
       Congress of National Black Churches

       Salvatrice DeLuca, Vice President
       New Products
       Communities in Schools, Inc.

       James A. Hawkins (Ret.)
       Senior Warden, St. Luke's Church

Secondary References:

       William E. Milliken, President
       Communities in Schools, Inc.

       Janette Hoston Harris
       Professor of History
       University of The District of Columbia



## COMMUNITIES IN SCHOOLS
*Helping kids to help themselves*

COMMUNITIES IN SCHOOLS, INC.
1199 N. Fairfax Street, Suite 300
Alexandria, VA 22314-1436
Tel (703) 519-8999 • Fax (703) 519-7213 • e-mail cis@cisnet.org

**BOARD OF DIRECTORS**

Chairman
JAMES M. ALLWIN
*Managing Director, Morgan
Stanley & Company, Inc.*

Founding Chairman
ROBERT H.B. BALDWIN

Vice Chairman
GERALD BRESLAUER
*Partner, Provident Financial
Management, Inc.*

WALLY AMOS
*Founder, The Uncle Noname
Cookie Company, Inc.*

KENNETH J. BACON
*Senior Vice President, Fannie Mae*

GONZALO BARRIENTOS
*Texas State Senator*

GEOFFREY T. BOISI
*Senior Partner, The Beacon Group*

ANNE COX CHAMBERS
*Chairman, Atlanta Journal-
Constitution*

RAYMOND G. CHAMBERS
*Chairman, Amelior Foundation*

EDWARD E. CRUTCHFIELD
*Chairman and Chief Executive
Officer, First Union Corporation*

NICHOLAS C. FORSTMANN
*General Partner, Forstmann Little
& Company*

JUDITH RICHARDS HOPE
*Senior Partner, Paul, Hastings,
Janofsky & Walker*

GEORGE H. JOHNSON
*President, George H. Johnson Properties*

RICHARD LOVETT
*President, Creative Artists Agency*

WILLIAM E. MILLIKEN
*President, Communities In
Schools, Inc.*

JOHN H. MOBLEY, II
*Senior Partner, Sutherland, Asbill
& Brennan*

STUART G. MOLDAW
*Chairman, Gymboree Corporation*

DEAN L. OVERMAN
*Senior Partner, Winston & Strawn*

SHERRIE S. ROLLINS
*Executive Vice President, ABC
Television Network*

BREN SIMON
*Co-Founder, Family Support Center*

LINDA GALE WHITE
*Former First Lady of Texas*

**LEADERSHIP COUNCIL**

JEANNIE P. BALILES
*Chairman, Virginia Literacy
Foundation*

J. JEFFREY CAMPBELL
*Chief Executive Officer, The Johnny
Rockets Group, Inc.*

MURRAY H. GOODMAN
*Chairman, The Goodman Company*

WALTER J. LEONARD
*Educator, Philanthropist*

RUTH B. LOVE, Ph.D.
*President, Ruth Love Enterprises, Ltd.*

AMBASSADOR ANDREW YOUNG
*Chairman, Law International Group, Inc.*

August 22, 1997

Ms. Margaret Love, Esq.
Office of the Pardon Attorney
U. S. Department of Justice
Washington, DC 20530

Ref: Sidney C. Davis, SS# 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

Dear Ms. Love:

This is in reference to the application by Sidney C. Davis for an executive
pardon of his 1971 murder conviction; I am pleased to write this letter of
support on Sidney's behalf.

I have served as Vice President in the national office of Communities in
Schools, Inc. (CIS, formerly called Cities In Schools) for approximately
seven years now, and I have known Sidney for almost as long as that. CIS,
Inc. is the headquarters for a national network of state and local dropout-
prevention organizations serving more than 300,000 students in more than
1,000 schools nationwide. Sidney came to CIS first on a part-time work-
release basis in 1991, then on a full-time basis when his parole was
finalized some years later. Most recently, I have had the pleasure of
directly supervising Sidney since he joined my department one year ago.

In the years I have known Sidney, I have observed him to be a loyal and
conscientious employee, always willing to support and assist others, and
genuinely passionate about the plight of at-risk children, which is at the
core of our organization's mission. He is a man of intense personal faith and
humility, and has frequently reminded us that we are privileged to be doing
the work that we do here. He is devoted to his family and his community,
helping to organize and taking part in numerous church and local events
designed to strengthen the community and bring people together.

About a year ago, I requested that Sidney be transferred to my department
to work on a special school-based violence-prevention project, in which he
has excelled. He has invested his passion, his considerable knowledge of
the subject, and his consummate organizing skills in what had been a small
and actually insignificant project, and he has made it a centerpiece of
training and technical assistance to hundreds of people throughout our

national network. He designed and conducted a national survey on violence-prevention needs and activities, developed and disseminated a directory of resources, procured prominent national authorities on violence to speak at our regional and national conferences, assembled a national task force to shape a our violence-prevention program, and developed a major multi-year funding strategy and proposal. It is not an understatement to say that he has single-handedly resurrected a stalled, dormant project and transformed it into national showcase; I am constantly hearing praise of Sidney from colleagues here in our national office as well as from our constituents out in the state and local programs. His work in this area has just been outstanding.

As his supervisor, I must say that Sidney is not without some rough edges; his time and experiences in prison have left their marks, but he has made great strides in overcoming that influence and functioning effectively on the outside. At work, I have observed Sidney to be an excellent staff person: he is punctual and prepared for meetings; he seeks advice or clarification when necessary, and follows guidance when given; he is open to constructive feedback and genuinely appreciates supervisory intervention; he is a solid team-player and supports other staff members' opinions and projects; he takes initiative and offers suggestions and leadership for new ideas; he is always willing to take on additional assignments and carries them out with the same fervor he applies to his own project; he constantly strives to improve himself through training and professional development; he is honest, intelligent, disciplined, inquisitive, truthful, committed, highly-principled, and completely trustworthy. He stands up and speaks for the little guy, the disenfranchised, those whose voices he feels are not heard. He has become in some ways the spiritual center of our department and an integral part of our organization.

Finally, while it may seem ironic to use terms like "role model" and "model citizen" in cases like these, I cannot think of anyone who better personifies these characteristics than Sidney Davis. Please feel free to contact me if I may provide additional information.

Sincerely,

Salvatrice DeLuca

Salvatrice DeLuca
Vice President, New Products



# CNBC

## THE CONGRESS OF NATIONAL BLACK CHURCHES, INC.

National Office:1225 Eye Street, N.W. • Suite 750 • Washington, D.C. 20005-3914 • (202) 371-1091 • FAX (202) 371-0908
Branch Office: 75 Piedmont Ave., N.E. • Suite 268 • Atlanta, GA 30303-2509 • (404) 582-0003 • FAX (404) 582-0053

**BOARD OF DIRECTORS**
Bishop Roy L. H. Winbush
Church of God in Christ
Chairman

Bishop John Hurst Adams
African Methodist Episcopal Church
Founder-Chairman Emeritus

Dr. Wallace S. Hartsfield, Sr.
National Baptist Convention of America, Inc.
Vice Chairman-at-Large

Bishop Vinton R. Anderson
African Methodist Episcopal Church
Vice Chairman

Bishop Cecil Bishop
African Methodist Episcopal Zion Church
Vice Chairman

Dr. Henry J. Lyons
National Baptist Convention, USA, Inc.
Vice Chairman

Dr. Marshall L. Shepard, Jr.
Progressive National Baptist Convention, Inc.
Vice Chairman

Bishop John R. Bryant
African Methodist Episcopal Church
Secretary

Dr. Kenneth H. Dupree
National Missionary Baptist Convention of America
Treasurer

Dr. Henry T. Rhim
National Baptist Convention of America, Inc.
Parliamentarian

Bishop Othal H. Lakey
Christian Methodist Episcopal Church
Historian

Karen Hastie Williams, Esquire
Crowell & Moring
Counsel

**African Methodist Episcopal Church**
Bishop Frank C. Cummings

**African Methodist Episcopal Zion Church**
Dr. Thaddeus Garrett
Bishop J. Clinton Hoggard
Bishop Milton A. Williams

**Christian Methodist Episcopal Church**
Bishop E. Lynn Brown
Bishop Marshall Gilmore
Bishop William H. Graves

**Church of God in Christ**
Elder Charles H. Ford
Elder A. Z. Hall
Bishop Ted Thomas, Sr.

**National Baptist Convention of America, Inc.**
Edward Dixon, Esquire
Dr. E. Edward Jones

**National Baptist Convention, USA, Inc.**
Dr. Lee R. Brown
Dr. J. Benjamin Hardwick
Dr. Kelly Miller Smith, Jr.

**National Missionary Baptist Convention of America**
Dr. Wilbur N. Daniel
Dr. W. T. Snead
Dr. Deze McGill

**Progressive National Baptist Convention, Inc.**
Dr. Charles William Butler
Dr. Fred C. Lofton
Dr. Bennett W. Smith, Sr.

**Consultants**
Ms. Jacqui Burton
The College Fund/UNCF

Dr. James A. Forbes, Jr.
Riverside Church

Dr. Lawrence N. Jones
Dean Emeritus
Howard University Divinity School

Dr. C. Eric Lincoln
Duke University

Reverend Calvin O. Pressley
Inst. for Church Admin. and Mgmt.

Dr. W. Franklyn Richardson
Grace Baptist Church

**Life Members**
Dr. F. Benjamin Davis
National Missionary Baptist Convention of America

Dr. Thomas Kilgore, Jr.
Progressive National Baptist Convention, Inc.

Bishop Chester A. Kirkendoll
Christian Methodist Episcopal Church

Dr. Manuel L. Scott, Sr.
National Baptist Convention, USA, Inc.

**Interim Executive Director**
Ms. Sullivan Robinson

16 December 1997

Margaret Love
Pardon Attorney
Office if the Pardon Attorney
United States Department of Justice
Washington, D.C. 20530

**Reference:**    Sidney C. Davis
SSN 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
Character Letter

Dear Attorney Love:

Having provided a reference for the 1992 parole hearing and witnessing his continued positive achievements and contributions, I am honored to have this opportunity to present this character letter and affidavit on behalf of Sidney C. Davis as he now prepares to submit his pardon petition. This letter is in support of his candidacy for an executive pardon and is based on my experience with Sidney and his exemplary behavior in a number of organizational and community settings. Our experiences have been primarily professional yet have grown to include personal and faith occasions. It is out of these community problem solving opportunities, his personal rededication, integrity and commitment to the public's wellbeing that I feel very comfortable in recommending Sidney as an excellent candidate for executive pardon.

1.    **Who I Am.**

My name is Leon M. West. Since 1987, I have directed the National Anti-Drug, Violence, Hate Crime Program, (NADVC) a cooperative agreement between the Office of Justice Programs, USDOJ and the Congress of National Black Churches, Inc. (CNBC). NADVC is a program designed to increase the faith community's involvement in

entry for incarcerated men and women, (3) strengthen NADVC's prison ministry and pre-release planning through local congregations and to assist D.C. residents as they are transferred to other states in as Lorton is closed for commercial development, (4) creating and sustaining a community-based moratorium on death, and (5) increasing the faith community's involvement in confronting the problems of delinquency, violence, drugs youth gangs, unemployment, job skills, education, effective parenting, parolee job development, support linkage and housing.

Those working on these issues where I have had the opportunity to observe Sidney's contributions and behavior include representatives from Cities In Schools (CIS); the Congress of National Black Churches (CNBC/NADVC); Save Our Children, Inc. (SOC); National Crime Prevention Council (NCPC); Reclaim Our Youth (ROY); D.C. Department of Corrections for access and support for working with inmates; Wednesday Clergy Fellowship; the Church Association for Community Services (CACS) CNBC's local affiliate; D.C. Department of Education, Fletcher Johnson High School; the Majestic Eagles (ME) a business and job development organization; D.C. Department of Employment Services for meetings to develop a program of job skills, placement and follow-up; the University of the District of Columbia; World Vision Relief and Development" book distribution program; Community-In-Schools 1997 Youth Summit Conferences; and, CNBC's Atlanta Affiliate the Concerned Black Clergy to assist in crime prevention and public safety planning for City of Atlanta Empowerment Zones (a referral from Sidney's Atlanta Youth Summit presentation).

We met as often as once every month in the offices of the organizations mentioned above with smaller planning meetings and telephone communication continuing in between. Usually the smaller meetings included Jay Vaughn (NCPC); Sidney and myself; Jim Jenkins from the D.C. Department of Employment Services; and on occasion we were joined by Col. Dix of the Majestic Eagles. On the average our meetings would last one to two hours with the exception of a major community violence prevention lunch and meeting held at the Majestic Eagles headquarters. This meeting, approximately three hours duration, was held for the purpose of presenting and discussing our thoughts and recommendations on a "community-based moratorium on death" to a larger segment of the community, its agencies and the police department. During the meeting Sidney and other planning group members made presentations and later engaged participants in discussion and clarifications regarding the reality of such a moratorium.

In meetings like the one above, Sidney's involvement has been particularly helpful because of a sense that you can believe him and the manner in which he encourages others to see the possibilities. These characteristics, I feel, come through his sense of responsibility to the community, factual preparation for the activities and a strong sense of spiritual grounding with visible faithfulness. We could always depend on Sidney's contribution to the task being on time and fully met and when other task members faltered Sidney always seems to find a word of encouragement from his spiritual side. His ideas, suggestions and behavior have always been responsible and lawfully accountable.

offense. It is my belief that Sidney has become and will continue to be worthy and respectful of an executive pardon, capable of facing all new challenges with skill, faith and hope. And, were Sidney to be granted a pardon, we would continue our contacts, mutual work and relationship. The balance of this document presents my personal experiences with Sidney since he has been out of prison, his contributions to the community and youth, and why he is special.

My remarks are based of the hope that you have the opportunity to read Sidney's resume of achievements while in prison to his transition back to society. I realize how we all enhance our resumes, but I was very impressed with his prudent use of incarceration time to advance his academic ability by completing his Bachelor of Arts degree. Then to giving much of his time in participation and leadership to volunteer charitable activities and events; strengthening his faith commitment; and participating in workshops, conferences and speaking opportunities focused on youth development and public safety.

Except for the opportunity to meet Sidney in the mid 1970's during a performance of the "Lorton Inner Voices", which we recently recalled, almost all of my experiences with Sidney have been outside of Lorton as he functioned in his duties as a community development specialist for "Cities In Schools". These experiences have been in connection with his daily work release employment, furloughs, and related activities. In July 1992 I was very pleased to attend Sidney and Christine's marvelous wedding and recently to hear of the purchase of their own home. Their wedding guests and his wife, herself, are a testament to Sidney's personal behavior and character, the respect in which he is held are an indication of his demonstrated compatibility with the wellbeing of society.

On the occasions when on pass, I had never known Sidney to be escorted or chaperoned by officials from the institution. In fact, if Sidney had not told me after one of the many meetings on delinquency and community violence prevention in which we participated in the Spring of 1991, I would never have known by his professionalism and sincerity that he was in Lorton's work release program, serving time for a homicide conviction. Further, during these times of mutual activity there has never been any indication of the slightest law violation or disrespect of the trust or conditions afforded him by the Department of Corrections in granting Sidney the opportunity for outside activities. If anything, he had enhanced his career possibilities through the external activities provided him by the Department and has presented himself as an example of Lorton's capacity for positive reclamation.

Sidney and I have been working together to this date and are currently planning for our "National Anti Drug, Violence and Hate Crime Programs" participation in the "Community-In-Schools" February 1998 conference on youth and the future. Our mutual activities continue to include a variety of agency, parolee organizations and community representatives working together to more fully understand and help develop alternatives to the ever increasing level of violence and drugs in our communities and the constantly lower ages of offenders. In these settings we focus on building partnerships in five areas of work (1) school drop-out prevention, mentoring programs and positive alternatives for youth, particularly, those in high risk neighborhoods, (2) early 1990's Lorton visits to discuss key issues in the community and effective strategies for crime and delinquency prevention, transition planning and supported community re-

the on-going struggle to combat the problems of drugs, violence, hate crime, juvenile delinquency, gangs, HIV/AIDS, prison population issues, assistance to victims of violence and to improve public safety problems. This is accomplished through creating and strengthening ecumenical ministerial alliances and fostering effective partnerships between the faith community, criminal justice agencies and public and private sector organizations. Washington, D.C. and its Church Association for Community Services was NADVC's initial city for developing this program. I have enclosed one of our NADVC briefing packets for further information on the NADVC project and CNBC. It was during this period, about 1989, while involved in the Lorton Work-Release Program and his placement with the Cities and Schools' Drop-Out Prevention and Mentoring programs that I met and began work with him on several projects. From the beginning I was impressed with Sidney's ability to present himself, his Lorton experiences and his degree studies in a way to encourage students and residents in struggling communities. His leadership skills and diligence toward time and his word were also strengths.

I am a husband, a father of three adult sons (the eldest is married with two sons), a former Chicago police officer, former director of a Chicago community-based law enforcement/correctional project. I married in 1956 in Washington, D.C. after graduating in economics and fine art from Howard University. In the Fall of 1956 we moved to Chicago where I began my career in social services, youth development, gang control, and law enforcement with the Chicago Police Department. While in Chicago, I completed a year of Special Study as a Stouffer Fellow in Social Psychology and Collective Behavior at the University. I also completed my Masters Degree in Urban Administration and Justice at Howard University in 1972.

Since returning to the Washington area in 1969, my career responsibilities have included: Crime and Delinquency Contract Coordinator for US Housing and Urban Development's Model Cities Programs; Chairman, Leadership Training Institute for Pupil Personnel Services, US Office of Education; Executive Director, National Institute for Leadership and Systems Development; Special Consultant for Internal Organizational Development, Office of the Commissioner, US Internal Revenue Service; Director, Victim Services, National Organization of Black Law Enforcement Executives (NOBLE); Administrator, National Center for Missing and Exploited Children, US Office of Juvenile Justice and Delinquency Prevention; Director, Special Services, International Association of Chiefs of Police (IACP); and my present CNBC/DOJ position.

I am also honored to be the Moderator and a Worship Assistant for our church, the Martin Luther King, Jr. Christian Church.

### 2.    My Evaluation of Sidney's Behavior Since Parole

Since I first met Sidney his conduct has been exemplary and a challenge to those who were in his company. He continues to be trustworthy in what he says and does, dependable and diligent to his commitments, and loving to his family and young people who struggle. He is now in the process of purchasing a new home for his family. His desire continues to be strengthening the family and public safety. His drive toward service and respect for others through productive activities is demonstrating a commitment to being a responsible, spiritually grounded and law abiding member of society to the point of giving an impression of a search for forgiveness for his

### 3.  Sidney C. Davis Is Special Because

Sidney is able to encourage young people, mentors and teachers to make the most of positive opportunities and avoiding the consequences of bad decision making. He is also able to show youth and adults the importance of knowing yourself spiritually, culturally and historically in order to take the best with you to build your future, even when the young people do not holdout much hope for the future.

Sidney is special because he has been able to use his experience to refine and tailor our NADVC strategies to better respond to the crises of crime, violence, drugs and growing prison population. The National Anti Drug, Violence Campaign of the Congress of National Black Churches has been working with the faith community and its leadership since 1987 to strengthen and expand their prison ministries to better work with the inmate's family, inmate needs and counseling, pre-release planning, and support group assistance when they return to the community. (NADVC's Prison-Community Partnership Strategies are listed on page 7 in the enclosed "NADVC STRATEGIES: Suggested Approaches for Church-Based Anti-Drug/Violence Services and Activities".) In several meetings with Sidney regarding prison ministry and the possibilities for productive dialogue with inmates, his experience in the institution, educational achievement and his adoption of the spiritual way have provided helpful ideas for improving our strategies for prison ministries. NADVC's strategies have also received support from many of the career chaplains within our denominations. This support has come in large part through refinements in our approach and work with inmates suggested by Sidney during our discussions.

It is my assessment that Sidney's special insights and contributions toward enhancing NADVC's strategies for improving lifestyle, decision making and skill building opportunities for people who have offended society certainly suggest a new commitment to the interest and concern for the wellbeing of society.

Through his special spiritual and faith gifts in all of our meetings, large or small, Sidney ensures that they end in a special thoughtful which lifts the concern for solutions to the problems addressed, those impacted - the victim and offender - and those participating in the meeting. A number of ministers working with the Interfaith Conference, the Church Association for Community Services and our Campaign in the Washington area, as I have mentioned Sidney's helpfulness to NADVC, have indicated their familiarity with Sidney's community activities and their awareness of his faithfulness to positive alternatives and his faithfulness. Similarly, a number of former inmates now doing well in their new lives and in the community, who in some way relate to NADVC, all speak well of Sidney and his new direction.

Participating in a number of meetings and planning sessions related to our National Anti Drug/Violence Campaign's prison ministry strategies and inmate dialogue sessions, I noticed Sidney's special capacity to easily recognize and be comfortable with the formality of CNBC's rules and protocol. Similarly, in my participation in CIS meetings held at CIS, I noticed how Sidney seemed to fit well into the regulations and protocol of CIS. At several of these meetings, I recall his CIS administrators making complimentary statements regarding the way Sidney worked and contributed to their drop-out prevention and mentoring programs.

In summary, to me, this does not appear to be the behavior or involvement of one who had not sought to rededicate his life to divine principles, community betterment and opportunities for youth, knowing that his forgiveness is in respecting and serving others. Sidney's desire, which we have discussed and I believe, is to continue his work in public service and safety, to continue to demonstrate his dedication to God, his family and country, and to responsibly exercise the rights of full citizenship which such a pardon could graciously restore without fear of abuse. Thus, I in confidence and faith submit this letter with my support to the United States Pardon Attorney.

Sincerely

Leon M. West
Director
National Anti Drug, Violence and Hate Crime
Program, CNBC

United States Department of Justice
Office of the Pardon Attorney
Washington, D.C. 20530

## CHARACTER AFFIDAVIT
on behalf of

_SIDNEY DAVIS_
(print or type name of petitioner)

In support of the application of the above named petitioner to the President of the United

States for pardon, I, _JAMES A. HAWKINS_,
(print or type name of affiant)

residing at _7010 OLD CABIN LANE   ROCKVILLE  MD   20852_
Number       Street            City         State    Zip Code

whose occupation is _RETIRED, HAVE BEEN EXEC. AT EASTMAN KODAK CO., PRESIDENT OF_
_AMERICAN HEALTH FUND. I AM SENIOR WARDEN AT ST. LUKE'S CHURCH, BETHESDA._
certify that I have personally known the petitioner for __17__ years. Except as otherwise

indicated below, petitioner has behaved since the conviction in a moral and law-abiding manner.

My knowledge of petitioner's reputation, conduct and activities, including whether the petitioner

has been arrested or had any other trouble with public authorities and has been steadily

employed, is as follows:

_During the seventeen years that I have known Sidney Davis,_
_I have met with him on a frequent and regular basis, both at Lorton_
_and since his parole. He is a fine friend. He has always treated people_
_in my presence with respect, good will, and honesty. I believe without_
_reservation in the fundamental strength of his character. He regrets_
_and repents bad deeds he performed in his youth, he has clearly_
_transformed himself into an admirable human being determined_
_to help others avoid his own early mistakes. I would trust_
_Sidney Davis with my life anytime (See attached Supporting Document_

I do solemnly swear that the foregoing information is true and correct to the best of my

knowledge and belief.

_James A. Hawkins_
(signature of affiant)

Subscribed and sworn to before me this __21st__ day of __July__, 19 _97_

KATHLEEN M. YATES
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires July 1, 1999

_Kath M. Yates_
Notary Public

*James A. Hawkins*
*7010 Old Cabin Lane*
*Rockville, Md. 20852*

June 19, 1987

Judge William B. Bryant
United States District Court
   for the District of Columbia
Washington, DC 20001

Dear Judge Bryant:

I am joining with others in an urgent appeal for the release of Sidney
Davis from Lorton Reformatory.

I first met Sidney in 1980 when he requested support from Eastman Kodak
Company for a photographic project he had initiated which would benefit
inmates and their families.  When I delivered a camera and film to
Sidney, I had no intention of getting to know Sidney better, nor indeed
of ever visiting Lorton again.  From that first visit, however, I was
drawn to Sidney in a way that I can only explain today as the
intervention of God's grace.

I have visited Sidney nearly every month since that time, and have grown
to admire, respect, and love Sidney as much as my own natural brother.  I
have taken my wife, daughter, and son to meet Sidney at Lorton, and
Sidney has served as counselor and source of strength to my son in a time
of distress.

In my lifetime, I have made perhaps a dozen friends with whom I would
trust my life, and for whom I would cheerfully risk my life.  Sidney is
one of them.

I lead a busy life.  I have had a management position with Kodak for more
than twenty years in Washington.  I am an officer or board member of
Washington Chapters of NSIA, ADPA, Navy League, and the Metropolitan
U.S.O., and have met many able and trustworthy people.  I trust Sidney
Davis as much as any of them -- and more than most.

About six months ago, I was asked to join a group of about fifteen
people, remarkably brought together from as far as Los Angeles and
Chicago, to raise money to create a job in the community for Sidney to
assist in the war on drugs among teenagers in District schools.  I
donated $1,000 towards that effort from my own savings.  It was the
expectation of all of us that Sidney would soon be released from Lorton.
For reasons that I do not understand, that has not happened.

Judge William B. Bryant -- Page 2
June 19, 1987


You can tell from my letter that I sincerely believe that Sidney has paid his debt long since for the crime that he committed in his youth. I believe it is terribly wrong that Sidney -- who has so clearly been rehabilitated in prison despite great odds, and is one of the most God-fearing people I know -- should continue to be incarcerated at taxpayers' expense, instead of doing good works in the community. He has a clearly-established gift for leadership, and has demonstrated in many ways at Lorton his intention to help others lead a better life.

I pray for your understanding and support.

Sincerely,

James A. Hawkins

JAH:cag

cc:  Mr. Sidney Davis
     Mr. Sam Ericsson
     Reverend Richard Halverson

JAMES A. HAWKINS
MARIAN S. HAWKINS
7010 OLD CABIN
ROCKVILLE, MD   20852

4541

65-320
550

Nov. 6 19 86

PAY TO THE
ORDER OF _Cuts in Schools_ _____ | $ 1000 00

_One thousand and 00/100_ _____ DOLLA

State National Bank
OF MARYLAND
Rockville, Maryland 20852

FOR _Re: S. Davis_

_James A. Hawkins_

⑆05500320⑈4541  0000408247⑈  ⑆0000100000

Case 1:72-cr-00342-TFH   Document 1-2   Filed 10/28/2005   Page 40 of 59

# METROPOLITAN

## Inmate-students at Lorton decry possible UDC cuts

**By Frank Wolfe**
THE WASHINGTON TIMES

He will be the last of his group to leave Lorton's barbed wire fences, its towers and armed guards. As his buddies, one by one, are released, Sidney Davis remains behind, a 19-year veteran of what a former colleague terms "living death."

But he has left his mark. Since 1971, Davis has set an example for meeting the ugly challenge of prison life, proving that life goes on behind bars. His ideas are not easily forgotten by those now on the outside.

Davis, 44, is articulate, charismatic and well-educated. He is also serving 20 years to life at the Lorton Correctional Facility for first-degree murder.

Davis and the friends he made in prison have all either received degrees from the University of the District of Columbia or are working toward them. Many are now upset over proposed budget cuts by the District aimed at UDC's Continuing Education Division, which oversees the Lorton prison college and vocational-technical training program.

Scaling back the program in fiscal 1991 would be a mistake, prisoners say. One former inmate, who wished to remain anonymous, said, "If teachers stop teaching there, if that program is in jeopardy, it would be detrimental because the success rate is so high. They should be able to put more money into it."

According to the Continuing Education Division, well over 90 percent of inmates and former inmates who receive degrees from UDC do not return to Lorton.

Davis' credits during his incarceration are the list of a model prisoner.

They include: A 1981 bachelor of arts degree from UDC in urban planning; coordinator of a senior citizens program at Lorton from 1975 to 1987; founder of Lorton's Office of Resident Concerns; executive director of the Lorton Special Olympics program from 1975 to 1984; and the designer and promoter of drug awareness programs for Lorton inmates and students in D.C. public schools.

"There's basically no one else to compare his record with since he's been here," said Dennis Harrison, manager of unit two at Lorton's Medium Security Facility, where Davis now resides. "He's basically done more than any other individual I can think of."

In 1971, a jury convicted Davis of first-degree murder in the District and sentenced him to Lorton. His next parole hearing is scheduled for 1992.

"After the conviction, I went to Lorton and began to look at myself and my life and how I was going to begin to do such a long sentence," Davis said. "I didn't know what I was going to do, but I knew I needed to do something. I knew that [with] an absent mind — if nothin's in your mind — you can't do nothing, ever."

Davis was one of the first men that Ronald "Bucky" Brown, 42, saw when Brown landed in Lorton in 1980 to begin serving an eight-year sentence for armed robbery. Brown, who happened to grow up with Davis, will receive his degree from UDC this year in media technology and journalism.


Photo by Tracy A. Woodward / The Washington Times

"I demanded that everybody working with me get a degree and g to school," Davis said.

Brown soon became president of the prison's National Association for the Advancement of Colored People chapter. He was also responsible for an anti-drug video called "Holding on to the Dream," an insider's graphic view of the prison that is scheduled to be shown at D.C. high schools and churches.

When he was 20, Calvin Hawkins was convicted of 10 armed robberies, nine in Maryland and one in the District. He was sentenced to six to 18 years in the District and to 45 in Maryland but obtained a sentence reduction in 1986.

Hawkins, now 27, admits to all the robberies, saying confession was the first step in recovery. He said his crimes were not the result of peer pressure. Instead, he said, he was the leader, instigating others at first to sell drugs and then to rob as a way of making money.

Hawkins, like Brown, met Davis almost immediately after arriving at Lorton from the D.C. Jail.

"He took me to a big rock, took me away from everyone," Hawkins said. "He started off with a prayer. He said something that has stuck with me since. He said that you're in a system that's like a vacuum. You can get sucked in to all that's happening around you if you're not careful about keeping your mind on what you need to do to develop yourself."

Hawkins, who will receive a political science degree from UDC this year, is now a counselor at California House, a juvenile halfway house run by the D.C. government at 19th Street and California Avenue NW.

Last year, Hawkins received the Outstanding Youth and Child Care Worker award from the D.C. chapter of the Youth and Child Care Workers Association.

He hopes others will not follow the path of easy money he once pursued. Many inner-city youths, he said, are fascinated by prison at first and d not comprehend the severity of sentence or the human carnage an ruined lives that are daily occurrences on Washington streets.

"They are more in tune to what say because of my former exper ences in prison, whereas someon who's never been in prison, who mi have a couple of degrees, they c them off, they withdraw from then If you can tell them you've been prison, it's like, 'Wow!' Their ey start to glow," Hawkins said.

"Somebody has told them that t penal experience is a great experience, and this is what you need order to become a great criminal. they are working hard to get the ... They've been misguided."

7010 Old Cabin Lane
Rockville, MD 20852

March 7, 1984


The Honorable Walter E. Fauntroy
U.S. House of Representatives
Washington, D. C. 20515

Dear Mr. Fauntroy:

I have been following with interest the stories in the "Wash-
ington Post" about drug problems at Lorton Reformatory.  I read
yesterday about your plan to take joint action with the Federal
and D. C. governments to deal with the drug problems, and I
respectfully suggest that you include a drug rehabilitation
program at Lorton as part of the solution.

During the summer of 1982 I was an intern for the U.S. Senate
Sub-committee on Alcoholism and Drug Abuse.  During that time
my father introduced me to Sidney Davis, an inmate at Lorton,
who established and is president of the Office of Resident
Concern.  (See attached.)  Sidney told me that the rate of
recidivism at Lorton would remain high until inmates approaching
release are helped to cure themselves from drug habits that
they are afflicted with at Lorton.  If they return to society
with a continuing drug habit, they are almost certain to commit
additional crimes to support it, and their unfortunate cycle
of incarceration will be repeated.

I am a student at the University of North Carolina, and cannot
take an active part at this time in any effort to solve this
problem, but I would suggest that your committee question Sidney
Davis and others at Lorton about the possibility of establishing
a successful drug rehabilitation program at Lorton.

My father and I congratulate you for your efforts to find a
solution to this problem.

                              Sincerely yours,

                              Alec Hawkins

                              Alec Hawkins

AH

cc:  Mr. Sidney Davis
     Mr. J. A. Hawkins



June 29, 1982

Mr. Salandà Whitfield
Administrator, Central Facility
Lorton Penitentiary
Lorton, VA  22079

Dear Mr. Whitfield:

In September of 1980, I was contacted by your inmate
Sidney Davis by telephone from Lorton to ask if I would
assist the "Office of Resident Concern" with photographic
support for family visitors. In response, I visited
Sidney soon afterwards with a KODAK COLORBURST Instant
Camera and some film, and made arrangements for replace-
ment film with a nearby Kodak dealer.

On this visit Sidney introduced me to four other members
of his prison "ministry" and told me how he had worked ·
with many inmates during the past several years to develop
a spirit of Christian support for each other and their
families. I was very impressed with his sincerity and
obvious dedication to this cause. Since then, I have
visited Sidney a half dozen more times, and have had many
telephone conversations with him. I attended his grad-
uation from the University of the District of Columbia
in the prison chapel. I have assisted him in several of
his projects -- including the Special Olympics at Lorton,
the raffle of the "Black Beauty" automobile built by the
inmates, and have loaned him an Ektagraphic projector for
audiovisual explanation of one project.

On each visit, I have become more firmly convinced of
Sidney's firm commitment to Christian principles and his
intense desire to make a positive contribution to other
people and his own family. I am so convinced of his
honesty about this that I would stake my life on it. I
have also become increasingly impressed with Sidney's
skills in working with people and his persistence in pur-
suing goals despite formidable obstacles. He is an
extremely intelligent man and very articulate and per-
suasive.

I respectfully recommend that you authorize Sidney to be
transferred to the minimum facility at Occoquan to be

EASTMAN KODAK COMPANY

Mr. Salanda Whitfield -- 2
June 29, 1982

installed in a new position which I understand has been
proposed, where he could assist inmates in preparing for
meaningful lives and productive occupation when they are
released from prison.  If he can do this successfully
(and I am convinced he can) he will make a tremendous
contribution to society as well as to the individuals
involved.  If you will do this, I will continue to sup-
port Sidney in any way I can in his new position.  I am
aware that transfers are normally made to Occoquan for
prisoners who have no more than two years remaining of
their sentence, but I understand that waivers have been
authorized already for others to be transferred who did
not qualify under this constraint.

I do hope that you will act favorably on this request.

                              Yours sincerely,

                              James A. Hawkins
                              Manager, Government & Education
                              Markets Services, Washington
                              Office

JAH:cgl

*James A. Hawkins*
*7010 Old Cabin Lane*
*Rockville, Md. 20852*

July 7, 1981

Office of the Pardon Attorney
Suite 280, 1 Park West Bldg.
5550 Friendship Boulevard
Bethesda, Maryland  20014

File:  Sidney C. Davis 8105366

Gentlemen:

During the past eight months I have had several visits and phone
conversations with Sidney Davis at Lorton Reformatory.  The first
visit was because Sidney requested that Eastman Kodak Company assist
the Office of Resident Concern at Lorton, of which he is President,
with some photographic needs for the residents.  I have grown to admire
Sidney and consider him a personal friend.

Sidney obviously had many difficulties in dealing with people prior
to being sentenced to prison.  I would wager that this started with
influences on his very early life over which he had not much control.

Sometime during his time at Lorton, it seems apparent that he underwent
a dramatic change in spirit and soul through a religious experience
which has taken a strong hold on his life.  His attitude seems to have
changed from bitterness and anger to compassion and love for other
human beings, supported by a conviction that the teachings of
Jesus Christ hold truth for us all.

If Sidney is sincere in this, and I believe he is, and if his conversion
from meanness to goodness is permanent, and I believe it is, then it
seems a terrible cost to society to keep him incarcerated at Lorton
instead of sending him out into the world to support himself and make
a positive contribution to others.

I hope this letter will help with the testimony of others who know
and work with Sidney, which will result finally in his release from
prison.

Sincerely,

James A. Hawkins

JAH:cgl

cc:  Mr. Sidney Davis

*United States Department of Justice*
*Office of the Pardon Attorney*
*Washington, D.C. 20530*

## CHARACTER AFFIDAVIT
on behalf of

Mr. Sidney Davis
*(print or type name of petitioner)*

In support of the application of the above named petitioner to the President of the United

States for pardon, I, __William E. Milliken__ ,
*(print or type name of affiant)*

residing at __3732 N. Oakland St., Arlington, VA  22207__ ,
         *Number*     *Street*           *City*          *State*     *Zip Code*

whose occupation is __President, Communities In Schools, Inc.__ ,

certify that I have personally known the petitioner for __19__ years. Except as otherwise

indicated below, petitioner has behaved since the conviction in a moral and law-abiding manner.

My knowledge of petitioner's reputation, conduct and activities, including whether the petitioner

has been arrested or had any other trouble with public authorities and has been steadily

employed, is as follows:

    ✸ See attached.

I do solemnly swear that the foregoing information is true and correct to the best of my

knowledge and belief.

_William E. Milliken_
*(signature of affiant)*



**COMMUNITIES**
**IN SCHOOLS**
*Helping kids to help themselves*

COMMUNITIES IN SCHOOLS, INC.
1199 N. Fairfax Street, Suite 300
Alexandria, VA 22314-1436
Tel (703) 519-8999 · Fax (703) 519-7213 · e-mail cis@cisnet.org

**BOARD OF DIRECTORS**

Chairman and Treasurer
JAMES M. ALLWIN
*Managing Director, Morgan Stanley & Company, Inc.*

Founding Chairman
ROBERT H.B. BALDWIN

Vice Chairman and Secretary
GERALD BRESLAUER
*Partner, Provident Financial Management, Inc.*

WALLY AMOS
*Founder, The Uncle Noname Cookie Company, Inc.*

KENNETH J. BACON
*Senior Vice President, Fannie Mae*

GONZALO BARRIENTOS
*Texas State Senator*

GEOFFREY T. BOISI
*Senior Partner, The Beacon Group*

GENE R. CARTER, Ed.D.
*Executive Director, Association for Supervision and Curriculum Development*

ANNE COX CHAMBERS
*Chairman, Atlanta Newspapers, Inc.*

RAYMOND G. CHAMBERS
*Chairman, Amelior Foundation*

EDWARD E. CRUTCHFIELD
*Chairman and Chief Executive Officer, First Union Corporation*

NICHOLAS C. FORSTMANN
*General Partner, Forstmann Little & Company*

GEORGE H. JOHNSON
*President, George H. Johnson Properties*

RICHARD LOVETT
*President, Creative Artists Agency*

WILLIAM E. MILLIKEN
*President, Communities In Schools, Inc.*

JOHN H. MORLEY, II
*Senior Partner, Sutherland, Asbill & Brennan*

STUART G. MOLDAW
*Chairman, Gymboree Corporation*

DEAN L. OVERMAN
*Senior Partner, Winston & Strawn*

JONATHAN G. POWERS
*Former Executive Director, Communities In Schools, Inc.*

SHERRIE S. ROLLINS
*Executive Vice President, Network Communications ABC Television Network*

BREN SIMON
*Co-Founder, Family Support Center*

JAMES D. SINEGAL
*President and Chief Executive Officer, Costco Companies, Inc.*

LINDA GALE WHITE
*Former First Lady of Texas*

August 13, 1997

Margaret Love, Esq.
Pardon Attorney
Arnold & Porter
555 12th Street, NW
Washington, DC 20004

Re: Sidney C. Davis--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

Dear Ms. Love:

I met Sidney Davis in 1978. I first heard of him through a close friend, Dr. Richard Halverson, former chaplain of the United States Senate. Dr. Halverson told me of meeting Sidney at Lorton Prison and how impressed he was by him as a person and a leader. At his suggestion, I also visited with Sidney--we have been friends ever since.

My interest in Sidney came about through my Christian and career commitments. Attached is my biographical information.

Six years ago, at the time of Sidney's release, I hired him at Communities In Schools, Inc. (Formerly Cities In Schools, Inc.). CIS is the nation's largest stay-in-school network. I have also attached an information sheet describing, "Who We Are." I have watched Sidney grow in his job to where he has become an outstanding employee.

During his early years with CIS, Sidney helped to lay the groundwork for starting a CIS program in the District of Columbia. Since then, a board has been created, a staff hired, and by the start of the school year we will be operating in 18 school sites in DC helping to keep young people in school and preparing them for a positive e and productive future.

At present, Sidney reports to Salvatrice DeLuca, Vice President fore New Producrts, heading up our national effort to prevent violence in schools. He has helped her organize a task force to replicate "Best Practices" on conflict resolution, organize training events, and speak at schools.

August 13, 1997
Page Two

On a personal level, I consider Sidney a wonderful friend. I attended his wedding, have often prayed and had meals with him. I have observed him outside of his work responsibilities, giving back to his community. He has been a help and inspiration to other ex-offenders, as well as to young people from his DC community.

I highly recommend Sidney for a Presidential Pardon. I feel he has earned it by staying straight, working hard and by contributing back to his community.

Most sincerely,

William E. Milliken
President

attachments (2)



**COMMUNITIES IN SCHOOLS, INC.**
1199 N. Fairfax Street, Suite 300
Alexandria, VA 22314-1436
Tel (703) 519-8999 • Fax (703) 519-7213 • e-mail cis@cisnet.org

**BOARD OF DIRECTORS**

Chairman
JAMES M. ALLWIN
Managing Director, Morgan
Stanley & Company, Inc.

Founding Chairman
ROBERT H.B. BALDWIN

Vice Chairman
GERALD BRESLAUER
Partner, Provident Financial
Management, Inc.

WALLY AMOS
Founder, The Uncle Noname
Cookie Company, Inc.

KENNETH J. BACON
Senior Vice President, Fannie Mae

GONZALO BARRIENTOS
Texas State Senator

GEOFFREY T. BOISI
Senior Partner, The Beacon Group

ANNE COX CHAMBERS
Chairman, Atlanta Journal-
Constitution

RAYMOND G. CHAMBERS
Chairman, Amelior Foundation

EDWARD E. CRUTCHFIELD
Chairman and Chief Executive
Officer, First Union Corporation

NICHOLAS C. FORSTMANN
General Partner, Forstmann Little
& Company

JUDITH RICHARDS HOPE
Senior Partner, Paul, Hastings,
Janofsky & Walker

GEORGE H. JOHNSON
President, George H Johnson Properties

RICHARD LOVETT
President, Creative Artists Agency

WILLIAM E. MILLIKEN
President, Communities In
Schools, Inc.

JOHN H. MOBLEY, II
Senior Partner, Sutherland, Asbill
& Brennan

STUART G. MOLDAW
Chairman, Gymboree Corporation

DEAN L. OVERMAN
Senior Partner, Winston & Strawn

SHERRIE S. ROLLINS
Executive Vice President, ABC
Television Network

BREN SIMON
Co-Founder, Family Support Center

LINDA GALE WHITE
Former First Lady of Texas

**LEADERSHIP COUNCIL**

JEANNIE P. BALILES
Chairman, Virginia Literacy
Foundation

J. JEFFREY CAMPBELL
Chief Executive Officer, The Johnny
Rockets Group, Inc.

MURRAY H. GOODMAN
Chairman, The Goodman Company

WALTER J. LEONARD
Educator, Philanthropist

RUTH B. LOVE, Ph.D.
President, Ruth Love Enterprises, Ltd.

AMBASSADOR ANDREW YOUNG
Chairman, Law International Group, Inc.

### William E. Milliken
### President

As founder and president of Communities In Schools, Inc. (formerly known as Cities In Schools), Bill Milliken is one of the nation's foremost pioneers in the movement to give young people the help they need to graduate from high school and go on to rewarding careers. Communities In Schools, which is currently reaching students and their families in more than a thousand schools, is the nation's largest stay-in-school network. Its programs embody Milliken's held-long philosophy, "Every child needs and deserves a personal, one-on-one relationship with a caring adult; a safe place to learn and grow; a marketable skill to use upon graduation; and a chance to give back to peers and community" — principles that were embodied in The Presidents' Summit for America's Future.

Milliken's activism began in 1960 when he joined Young Life, an ecumenical international youth organization. He helped initiate "street academies" for young people who had dropped out of school and wanted a chance to resume their education, as well as live-in educational programs for substance abusers and youth in need of shelter and support. Milliken's experiences led him to search for a comprehensive approach to helping young people. This search culminated in the 1970s with the development of a model program that repositioned existing community resources into schools — the Communities In Schools program.

Milliken has served three U.S. presidents in various capacities. During the Carter Administration, he was the White House Advisor on Youth Issues. In 1989, Milliken advised President Bush for the Education Summit with the nation's governors. Milliken was involved in the planning of The Presidents' Summit for America's Future, and is serving on the board of Gen. Powell's "America's Promise" foundation.

In 1994, Milliken received the National Caring Award as one of the "10 most caring people in America." In 1992, he received the Temple Award for Creative Altruism, given by the Institute of Noetic Sciences, that honors individuals "whose lives and work demonstrate the transformative power of caring coupled with imagination and enterprise."

Milliken's other board involvements include The Family Academy and the One-to-One/National Mentoring Partnership. Milliken is the author of two books, *So Long, Sweet Jesus*, and *Tough Love*.

May 2, 1997



# COMMUNITIES IN SCHOOLS

*Helping kids to help themselves*

# Who We Are

## The Communities In Schools Network

*The mission of CIS is to champion the connection of needed community resources with schools to help young people successfully learn, stay in school, and prepare for life.*

Millions of young people have lost the traditional safety nets that used to provide love and security even when the nuclear family was in trouble. Extended families, close-knit neighborhoods, a church, a synagogue or mosque — all could be counted on to listen and respond when kids cried out for help. But no more.

Our society has tried to respond to the loss of these safety nets with fragmented solutions. We deal with symptoms — poverty, drugs, illiteracy — as if each could be cured on its own.

Only one thing will cure the symptoms of disconnection. That is *community*. We need to build a new community around kids, a new safety net.

Communities In Schools is about creating that community. By bringing existing resources, services, parents and volunteers into a school, we meet children's needs so that they can concentrate on learning. But more than that, we surround them with a community made up of adults who care about them and about each other. We connect for kids by reconnecting adults into a new community.

Founded in 1977, Communities In Schools (formerly known as Cities In Schools) is today the nation's largest stay-in-school network. CIS brings together hands in need with hands that can help. By relocating community service providers to work as a personalized team serving alongside teachers, principals, volunteers and mentors, CIS connects the schools with the resources that students need most.

Local CIS programs are independently incorporated, nonprofit community-, city-, or countywide public/private partnership organizations. They address the stay-in-school problem within their communities (and related problems affecting youth and their families) by adapting the CIS process to the needs and resources of the community.

Local CIS projects are the individual education sites that make up a local CIS program. The project's team of assigned and relocated staff connects the community's existing resources with students and their families.

State CIS organizations, like the local programs, are independently incorporated. Their mission is to replicate the CIS stay-in-school strategy as widely as possible within a state, and to secure state-level resources and networking for the individual CIS communities within the state.

The national office of Communities In Schools, Inc. in Alexandria, Va., helps create and support local and state CIS organizations. CIS, Inc. offers training and technical assistance through its five regional offices in Atlanta; Chicago; Austin, Texas; Los Angeles; and Alexandria, Va. A training curriculum for communities interested in replicating the CIS model is offered at the CIS Training Institute at Lehigh University in Bethlehem, Pa., at California State University at Monterey Bay, at the University of Houston, and also at other locations. *7/97*

COMMUNITIES IN SCHOOLS, INC.
1199 N. Fairfax Street, Suite 300, Alexandria, VA 22314-1436 • Tel (703) 519-8999 • Fax (703) 519-7213 • e-mail cis@cisnet.org

# CIS at a Glance

Founded in 1977, Communities In Schools, Inc. (formerly known as Cities In Schools) provides leadership and support to the nation's largest stay-in-school network. The CIS mission is to connect needed community resources with schools to help young people learn, stay in school, and successfully prepare for life. Small, caring teams of social service providers form one-on-one relationships with students and work alongside teachers, volunteers and mentors in the battle to keep children in school.

---

### Some Facts about the CIS Network

- **More than 262,000** students and their families reached during the 1995-96 school year

- **121** local CIS programs serving **295** communities in **28** states

- An additional **54** communities developing new CIS programs

- **1,025** school sites

---

### CIS, Inc. Regional Offices

**North Central Regional Office**
Al Ward, *Regional Director*
815 West Van Buren, Suite 319
Chicago, IL 60607
(312) 226-1076; FAX: (312) 226-7566
e-mail: haleh@cisnet.org

**South Central Regional Office**
Rachel Ruiz, *Regional Director*
13276 Research Blvd., Suite 202
Austin, TX 78750
(512) 335-8810; FAX: (512) 335-9155
e-mail: rachel@cisnet.org

**Northeast Regional Office**
Cordell Richardson, *Regional Director*
1199 N. Fairfax St., Suite 300
Alexandria, VA 22314
(703) 519-8999; FAX: (703) 519-7213
e-mail:stanley@cisnet.org

**Southeast Regional Office**
Douglas Denise, *Regional Director*
1252 West Peachtree Street, N.E., Suite 304
Atlanta, GA 30309
(404) 873-2993; FAX: (404) 873-2488
e-mail: sarahs@cisnet.org

**Western Regional Office**
Harold C. Haizlip, *Regional Director*
523 W. 6th St., Suite 376
Los Angeles, CA 90014
(213) 553-1190; FAX: (213) 553-1196
e-mail: richard.patlan@cisnet.org

**National Council on Education and Public Service, Inc.**
**4407 Sixteenth Street, Northwest**
**Washington, D.C. 20011**

October 6, 1997

To Whom It May Concern:                    *Ref. to Sidney Davis*
                                           *SS# 578 56 3838*

This is written in support of Sidney Davis, a former student at the University of the
District of Columbia, Lorton Facility and volunteer staff in my office of Education in the
Executive Office of Mayor Kelly.

I met Sidney as a student at Lorton Correctional Facility in 1987 and admired him instantly
because of his manners, insightfulness and caring attitude. He was a very serious and
dedicated student who cared about my being at Lorton, especially, as the only woman
faculty.

He was an inspiration to other students as he encouraged them to look to the future, even
when many thought that there was no future. He was a role model for others and often
reminded students of moral values and obligations.

Sidney, has brought so much to the Washington community as he worked with children
and youth in his Cities and School program. He certainly has helped improve the quality of
life for many, much more than many who have lived in the neighborhoods.

He has given many a second chance with whom he has worked, we certainly, should not
give him any less.

I support a full presidential pardon.

Sincerely,

*Janette Hoston Harris*

Janette Hoston Harris, Ph.D.
President
Professor of History, University of the District of Columbia
Commissioner, Mary McLeod Bethune Council House
Past President, Association for the Study of Afro-American Life and History

# WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY







THIS IS TO CERTIFY THAT

## SIDNEY DAVIS

HAS SATISFACTORILY COMPLETED

**BUS OPERATOR CLASS - *Class Beginning 3/24/03***

CONDUCTED BY

*Operations Planning & Administrative Support*

Clarissa A. Cannon
Acting Supervisor, Training
Operations Planning & Administrative Support

WMATA

DATED: **5/7/03**

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF HUMAN SERVICES

Income Maintenance Administration

April 23, 2004

Sidney C. Davis
CEO
Solutions VII, Inc.
1658 Fort Davis Street, SE
Washington, D.C. 20020

Dear Mr Davis:

The purpose of this letter is to confirm that Solutions VII, Inc., was a recipient of a FY 02 Mini-Subgrants to Small Non-Profit Community-Based Organizations from the Department of Human Services/Income Maintenance Administration (DHS/IMA). The organization received $40,000 for a 120 day gramt. The program provided services to families on Temporary Assistance to Needy Families (TANF) who were impacted by incarceration. As stipulated in the grant agreement, sixty (60) ex-offenders received assistance in job preparation, employment placement, and case management services. Our records indicate that the organization complied with the terms of the grant agreement, including the submission of monthly progress and expenditure reports. If I can be of further assistance, please let me know.

Sincerely,

Ellen M. Wells
Deputy Administrator
Program Development and Training

645 H Street, N.E., 5th Floor, Washington, D.C. 20002 (202) 698-3900

# Secretary of State

## Corporations Division
### 315 West Tower
### #2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

```
CONTROL NUMBER: 0418805
EFFECTIVE DATE: 03/19/2004
JURISDICTION  : WASHINGTON
REFERENCE     : 0045
PRINT DATE    : 03/31/2004
FORM NUMBER   : 317
```

```
SIDNEY C. DAVIS
1658 FT. DAVIS ST. S.E.
WASHINGTON, DC 20020
```

### CERTIFICATE OF AUTHORITY TO TRANSACT BUSINESS

I, Cathy Cox, the Secretary of State and the Corporations Commissioner of the State of Georgia, do hereby certify under the seal of my office that

### SOLUTIONS VII, INC.
### A FOREIGN NONPROFIT CORPORATION

has been duly incorporated under the laws of the jurisdiction set forth above and has filed an application meeting the requirements of Georgia law to transact business as a foreign corporation in this state.

WHEREFORE, by the authority vested in me as Corporation Commissioner, the above named corporation is hereby granted, on the effective date stated above, a certificate of authority to transact business in the State of Georgia as provided by Title 14 of the Official Code of Georgia Annotated.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on the date set forth above.



Cathy Cox
Secretary of State

NOVEMBER 19, 2004

## SOLUTIONS VII, INC. AND HOWARD UNIVERSITY

PRESENT

### THE THIRD ANNUAL

# CONSORTIUM
# BREAKFAST



## ENDING THE CYCLE OF VIOLENCE
## BY BREAKING THE SILENCE:
## ONE PEOPLE, ONE VOICE, ONE GOAL



Race Against
Vi∅lence

*Dedicated to:*

Nicolo Jones (July 2003)

Archie Childs (November 2004)

Kenny Barnes, Jr. (September 2001)

---

# Vision

Create a working coalition among academic, local, federal, private, and non-profit organizations in the District of Columbia to strengthen families, elevate people, and build new bridges to youth, families, and communities in order to overcome barriers to self-sufficiency and success.

# Mission

Our mission is to help identify the disconnection between the services offered and the receipt of services by families. We hope to improve communication, collaboration and access to resources by building bridges, finding solutions and creating new policies. The result will be stronger and empowered communities, families, and youth.

# Success

The students who participate in this work will gain invaluable experiences in how to create positive solutions to complex social problems. They will gain skills to develop new models of change including how to create action plans, collaborative partnerships, and a greater self-awareness. The saying "One person can make a difference" will become a reality for each student.

# BREAKFAST PROGRAM

GREETINGS.................................................................................Dr. Avilla Payne-Jackson
*Department of Sociology/Anthropology*

**Ms. Litonya Livingston**
*Co-Chairperson, Program Committee*

**Ms. Kareitha Gill**
*Co-Chairperson, Program Committee*

INVOCATION..........................................................................Rev. Warren Dolphus
*National Religious Affairs Association/National Association of Blacks in Criminal Justice*

OPENING REMARKS...................................................................Dr. Joseph Reidy
*Chief Academic Officer, Office of the Provost*

**Dr. Charles Jarmon**
*Associate Dean, College of Arts and Sciences*

**Dr. Ralph Gomes**
*Associate Chair, Department of Sociology and Anthropology*

**Mr. Sidney Davis**
*Cheif Executive Officer, Solutions VII, Inc.*

ENTERTAINMENT......................................................................Mr. Mark Staggers
*Performer*

SPEAKER.....................................................................................Ms. Adinah Grant
*Nutritional Counselor/Institute for Healing and Happiness*

VIDEO INTERLUDE................................................................Mr. Michael Billewicz
*Gotcha Photography*

SPEAKER...................................................................................Ms. Carley Timmesch
*Center for Faith and Service/National Crime Prevention Council*

HART MIDDLE SCHOOL ESSAY READINGS................................Howard Students
*Department of Sociology/Anthropology*

SPEAKER......................................................................................Mr. Kenny Barnes
*Root, Inc.*

ENTERTAINMENT.......................................................................Mr. Jon Williams
*Performer*

SPEAKER....................................................................................Mr. Eugene Johnson
*ERJ and Associates*

BREAK FOR LUNCH 11:30 a.m.

THE OZZIDDI PROJECT...................................................................Archie Childs
*Interactive Theater Workshop*

CLOSING REMARKS.............................................................Dr. Avilla Payne-Jackson
*Department of Sociology/Anthropology*

BENEDICTION...........................................................................Rev. Jacalyn Thomas
*Southminster Presbyterian Church*

## SPONSORS

Center for Urban Progress – Service Learning Grant

Office of the Provost

Graduate School of Arts and Sciences

College of Arts and Sciences

Department of Sociology and Anthropology

Gotcha Photography

Solutions VII, Inc.

The Ozziddi Project

The Happy Factory

Giant Food

Print Graphics, Inc.

# Statement of Appreciation

We would like to thank all participants of the Third Annual Howard University
Consortium Breakfast. We appreciate the participation and contribution of the public
sector, judicial activists, universities in the consortium, non-profit organization,
government agencies, and residents in continuing this work toward
building a new community.

*United States Department of Justice*
*Office of the Pardon Attorney*
*Washington, D.C. 20530*

## CHARACTER AFFIDAVIT
on behalf of

**Sidney Davis**
(print or type name of petitioner)

In support of the application of the above named petitioner to the President of the United

States for pardon, I, **Janette Hoston Harris**,
(print or type name of affiant)

residing at **4407 Sixteenth ST, N.W., Washington, D.C. 20011**,
Number   Street   City   State   Zip Code

whose occupation is **Professor of History**,

certify that I have personally known the petitioner for **10** years. Except as otherwise

indicated below, petitioner has behaved since the conviction in a moral and law-abiding manner.

My knowledge of petitioner's reputation, conduct and activities, including whether the petitioner

has been arrested or had any other trouble with public authorities and has been steadily

employed, is as follows:

I Know Sidney as a former student at Univ. of D.C. Lorton facility
and as a Volunteer staff in my Office of Education in Office of
Mayor Kelly. He also worked with youth and served as role model
and teacher in Cities and School project. He has a great gift of
Oratory. As Director of Education, he accompanied me on trips
to DC Public Schools and Mayor's Scholarship program, always
sharing his experiences and providing rules of good behavior
and moral values to our Youth. He is dedicated and
Committed to uplifting our Youth.

I do solemnly swear that the foregoing information is true and correct to the best of my

knowledge and belief.

*Janette Hoston Harris*
(signature of affiant)

Subscribed and sworn to before me this **8TH** day of **October**, 19**97**.



VERONICA CABAN
Commission #1096088
Notary Public—California
Los Angeles County
My Comm. Expires Apr 28, 2000

*Veronica Caban*
Notary Public