UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 14 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

SIDNEY C. DAVIS,

Defendant.

Cr. No. 72-342 (TFH)

### ORDER

It is hereby **ORDERED** that the Government file a response to Defendant's Motion to Expunge Criminal Record, filed October 28, 2005, within thirty (30) days of the date of this Order.

**SO ORDERED.**

March 10, 2006

_____
Thomas F. Hogan
Chief Judge

Copies to:

Special Proceedings Section
United States Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

Bruce Montgomery, Esq.
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004