UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 72-342 (TFH) |
| | : | |
| v. | : | |
| | : | |
| SIDNEY C. DAVIS | : | |
| | : | |
| Defendant. | | |

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Carolyn K. Kolben, Bar Number 391-156, telephone number (202) 616-0852 and this is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____/s/_____
Carolyn K. Kolben
ASSISTANT UNITED STATES ATTORNEY
Bar No. 391-156
555 4th Street, N.W., Room 10-441
Washington, DC 20530
(202) 616-0852

CERTIFICATE OF SERVICE

I hereby certify that a copy of the instant Notice of Appearance and Assignment has been made by first-class mail to Bruce Montgomery, Esq., Arnold & Porter LLP, 555 Twelfth Street, N.W., Washington, D.C. 20004, this 27th day of March, 2006.

_____/s/_____
Carolyn K. Kolben
ASSISTANT UNITED STATES ATTORNEY