UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )
                               )
          v.                   )          Crim. No. 72-342 (TFH)
                               )
SIDNEY C. DAVIS                )
          Defendant.           )

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Government's Opposition to Defendant's Motion to Expunge his Criminal Record and this Certificate of Service has been sent by first-class mail to counsel for defendant, Bruce Montgomery, Esquire, Arnold and Porter, LLP, 555 12th Street, N.W., Washington, D.C. 20004, this third day of May, 2006.

                              _____/s/_____
                              KENNETH L. WAINSTEIN, Bar No.451058
                              UNITED STATES ATTORNEY


                              _____/s/_____
                              Carolyn K. Kolben, Bar No. 391-156
                              Assistant United States Attorney
                              Room 10-441
                              555 4th Street N.W.
                              Washington, D.C. 20530
                              202-514-7280