## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 72-342 (TFH) |
| | ) | |
| SIDNEY C. DAVIS | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

### DEFENDANT'S REPLY TO GOVERNMENT'S OPPOSITION
### TO DEFENDANT'S MOTION TO EXPUNGE CRIMINAL RECORD

The government's Opposition misstates the issue before the Court and mischaracterizes the defendant's motion to expunge. Defendant does not argue that the Court is <u>required</u> to expunge his criminal record, as is the issue in the cases the government cites. He recognizes that expungement is a remedy entirely entrusted to the discretion of the Court, "which depends upon the facts and circumstances of the case." Stevens v. Stover, 727 F. Supp. 668 (D.D.C. 1990).

As stated in his motion and supporting affidavit, defendant is in a very unusual and extraordinary situation, where despite his exemplary rehabilitation and conduct for over thirteen years since his release, he can <u>never</u> be granted early termination of parole. Neither is a pardon available to him. Expungement is an appropriate and the only available remedy to restore defendant's civil rights and to permit him to expand his good works in area jails and prisons, in these unusual circumstances, as the cases the government cite recognize. Saidi v. Washington Metropolitan Area Transit Authority

(D.D.C. 1996).  The government makes no effort whatever to explain why in these

circumstances the Court should not exercise its discretion to grant defendant's motion.

Respectfully submitted,

Bruce L. Montgomery
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5679
Counsel for Sidney C. Davis
Bar No. 9043

Dated: May 10, 2006

CERTIFICATE OF SERVICE

This is to certify that I have on this 10th day of May, 2006, served a true and correct

copy of the foregoing Reply to Government's Opposition to defendant's Motion to

Expunge Criminal Record electronically on:

> Carolyn K. Kolben, Esq.
> Assistant United States Attorney
> Room 10-441
> 555 4th Street, N.W.
> Washington, D.C.  20530

Bruce L. Montgomery