FILED

MAY 23 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. ) Cr. 342-72 (TFH)
)
SIDNEY C. DAVIS, )
)
    Defendant. )

## ORDER

Pending before the Court is Defendant's Motion to Expunge Criminal Record. For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the motion is **DENIED**.

**SO ORDERED.**

May 22, 2006

                                        Thomas F. Hogan
                                        Chief Judge